1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS N. MAKRIS   #104668
2   tmakris@pillsburylaw.com
   BENJAMIN L. WEBSTER   #132230
3  benjamin.webster@pillburylaw.com
   DARCY L. MUILENBURG   #233787
4  darcy.muilenburg@pillsburylaw.com
   400 Capitol Mall, Suite 1700
5  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
6  Facsimile: (916) 441-3583

7  Attorneys for Defendant
   NCLN20, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO

11  _____

12  RAGHBIR SINGH,                        )    No. C 07 2997 EDL
                                          )
13              Plaintiff,                )    CROSS-COMPLAINT FOR
                                          )    INDEMNITY
14       vs.                              )
                                          )
15  LINDA G. HAUSER, NATIONAL             )    Jury Trial Demanded
    COMMAND LINK NETWORK 20 AND           )
16  DOES 1-25,                            )
                                          )
17              Defendants.               )
    _____)
18                                        )
    NATIONAL COMMAND LINK                 )
19  NETWORK 20 AND DOES 1-25,             )
                                          )
20              Cross-Complainants,       )
                                          )
21       vs.                              )
                                          )
22  LINDA G. HAUSER,                      )
                                          )
23              Cross-Defendant.          )
    _____)
24

25

26       Defendant AND Cross-complainant NATIONAL COMMAND LINK NETWORK

27  20 ("NCLN20") alleges as follows:

28

<u>General Allegations</u>

1. NCLN20 is California Corporation engaged in the business of providing security services to governmental entities and to private businesses. NCLN20 is a minority owned business and is committed to providing equal opportunity to its employees.

2. At all times relevant to the Complaint in this matter, NCLN20 provided security services for federal buildings in numerous northern California counties under contracts with the Department of Homeland Security.

3. In October of 2006 Plaintiff RAGHBIR SINGH ("Plaintiff") was employed by NCLN20 as a GSA Guard II to provide security services at a federal building in the Fresno, California area under Contract GS-09P-01-NZD-005.

4. Under the express terms of Contract GS-09P-01-NZD-005, the government, acting through a contracting officer, had full and complete authority to bar any individual from performing services under the contract.

5. In or around October of 2005 the DHS, acting through LINDA HAUSER, the DHS-FPS Contract Guard Program Manager ("Cross-Defendant"), informed NCLN20 that Plaintiff would not be permitted to provide services under Contract GS-09P-01-NZD-005 unless he shaved his facial hair and agreed not to wear a turban while on duty. On or about October 26, 2005, Cross-Defendant formally instructed NCLN20 that if "Mr. Singh refuses to comply with these standards [removal of facial hair and wearing approved head gear], Mr. Singh will be removed from the contract immediately. Immediate attention to this is required." Because it had no other choice, NCLN20 removed Plaintiff from work under Contract GS-09P-01-NZD-005. NCLN20 had no other positions in the area for which Plaintiff was qualified.

<u>First Claim for Relief</u>

(Equitable Indemnity)

6. NCLN20 realleges and incorporates herein by reference each and every allegation above.

7. If NCLN20 is found liable to Plaintiff in any amount, it will be due solely to

the passive acts of NCLN20 in complying with the mandates of Cross-Defendant, as it was required to do; whereas, the acts of Cross-Defendant were actively wrongful and Cross-Defendant was primarily responsible for the damages, if any, suffered by Plaintiff.

8. If it is found that NCLN20 is liable to Plaintiff by reason of the matters alleged in the Complaint herein, then NCLN20 is entitled to be indemnified and be held harmless by Cross-Defendant from all damages, including costs and expenses in defending the within action, and attorney's fees and other expenses incurred in connection therewith.

WHEREFORE, NCLN20 prays for judgment against Cross-Defendant, as follows:

1. For judgment declaring that NCLN20 is entitled to indemnification from Cross-Defendant, wholly or partially, as the Court or a jury may determine, for any settlement made in this action or for any judgment rendered against NCLN20 and in favor of Plaintiff.

2. That NCLN20 recover all of its costs and expenses incurred in this action, including attorney's fees to the extent allowed; and

3. For such other and further relief as the Court deems just and proper.

Dated: August 7, 2007.

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> THOMAS N. MAKRIS
> BENJAMIN L. WEBSTER
> DARCY L. MUILENBURG
> 400 Capitol Mall
> Suite 1700
> Sacramento, CA 95814-4419
>
> By /s/ Darcy L. Muilenburg
> Darcy L. Muilenburg
> Attorneys for Defendant
> NCLN 20, INC.

1  Docket No. C 07 2997 EDL

2  PROOF OF SERVICE BY MAIL

3  I, Deborah Johansen-Cook, the undersigned, hereby declare as follows:

4  1. I am over the age of 18 years and am not a party to the within cause. I am
5  employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Sacramento, California.

6  2. My business address is 400 Capitol Mall, Suite 1700, Sacramento, CA
7  95814-4419.

8  3. On August 7, 2007, I served a true copy of the attached document(s) titled
9  exactly CROSS-COMPLAINT FOR INDEMNITY by placing it/them in an addressed
10 sealed envelope and depositing it in the United States mail, first class postage fully prepaid,
11 to the following:

12 Khari J. Tillery, Esq.
   Keker & Van Nest LLP
13 710 Sansome Street
   San Francisco, CA  94111
14

   Linda G. Hauser
15 U.S. Department of Homeland Security
   450 Golden Gate Avenue, Suite 5474
16 San Francisco, CA  94102

17
   I declare under penalty of perjury that the foregoing is true and correct. Executed
18
   this 7th day of August, 2007, at Sacramento, California.
19

20

21                                          _____
                                            Deborah S. Johansen
22