UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAGHBIR SINGH,

            Plaintiff(s),

     v.

LINDA G. HAUSER, NATIONAL COMMAND
LINK NETWORK 20 AND DOES 1-25,

            Defendant(s).
_____/

No.  C  07 2997 EDL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: ___August 14, 2007_____

                                _____
                                Signature

                                Counsel for ___Defendant NCLN20, Inc._____
                                (Plaintiff, Defendant or indicate "pro se")

1               Docket No. C 07 2997 EDL

2               <u>PROOF OF SERVICE BY MAIL</u>

3      I, Deborah Johansen-Cook, the undersigned, hereby declare as follows:

4      1.    I am over the age of 18 years and am not a party to the within cause.  I am

5 employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Sacramento, California.

6      2.    My  business address is 400 Capitol Mall, Suite 1700, Sacramento, CA

7 95814-4419.

8      3.    On August 14, 2007, I served a true copy of the attached document(s) titled

9 exactly CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

10 JUDGE by placing it/them in an addressed sealed envelope and depositing it in the United

11 States mail, first class postage fully prepaid, to the following:

12 Linda G. Hauser
U.S. Department of Homeland Security
13 450 Golden Gate Avenue, Suite 5474
San Francisco, CA  94102
14

15      I declare under penalty of perjury that the foregoing is true and correct.  Executed

16 this 14th day of August, 2007, at Sacramento, California.

17

18

19                            Deborah Johansen-Cook

20

21

22

23

24

25

26

27

28