

**Pillsbury
Winthrop
Shaw
Pittman**LLP

400 Capitol Mall  Tel 916.329.4700
Suite 1700  Fax 916.441.3583
Sacramento, CA  95814-4419  www.pillsburylaw.com

August 28, 2007

Darcy L. Muilenburg
Phone: 916.329.4779
darcy.muilenburg@pillsburylaw.com

VIA E-FILING

Elizabeth D. Laporte
U.S. Magistrate Judge
U.S. District Court – Northern District of California
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA  94102

> Re: Raghbir Singh v. Linda G. Hauser, et al.
> USDC, Northern District of California Case No. C 07 2997 EDL

Dear Magistrate Judge Laporte:

I am writing to request permission to appear by telephone on behalf of Defendant NCLN20 at the upcoming Initial Case Management Conference ("CMC") in the above-captioned matter. The CMC is currently scheduled for September 11, 2007 at 3:00 p.m.

Please contact me with any questions or concerns.

Sincerely,

/s/ Darcy L. Muilenburg

Darcy L. Muilenburg

700789851v1