1  KEKER & VAN NEST, LLP
   JON B. STREETER - #101970, jstreeter@kvn.com
2  KHARI J. TILLERY - #215669, ktillery@kvn.com
   ROSE DARLING - #243893, rdarling@kvn.com
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:    (415) 391-5400
   Facsimile:    (415) 397-7188
5
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
6  ROBERT RUBIN- #85084, rrubin@lccr.com
   131 Steuart St., Suite 400
7  San Francisco, CA  94105
   Telephone:    (415) 543-9444
8  Facsimile:    (415) 543-0296

9  Attorneys for Plaintiff
   RAGHBIR SINGH
10
   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 THOMAS N. MAKRIS  - #104668, tmakris@pillsbury.com
   BENJAMIN L. WEBSTER - # 132230,
12 Benjamin.webster@pillsbury.com
   DARCY L. MUILENBURG  #233787,
13 darcy.muilenburg@pillsbury.com
   400 Capitol Mall, Suite 1700
14 Sacramento, CA  95814-4419
   Telephone:    (916) 329-4700
15 Facsimile:    (916) 441-3583

16 Attorneys for Defendant
   NATIONAL COMMAND LINK NETWORK 20
17

18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21              SAN FRANCISCO DIVISION

22 RAGHBIR SINGH,                          Case No. C-07-2997 EDL

23                        Plaintiff,       **JOINT FEDERAL RULE OF CIVIL
                                           PROCEDURE 26(f) REPORT**
24      v.
                                           Judge:      The Hon. Elizabeth D. Laporte
25 LINDA G. HAUSER, NATIONAL
   COMMAND LINK NETWORK 20 and             Date Comp. Filed:      June 8, 2007
26 DOES 1-25,
                                           Trial Date:
27                        Defendants.

28

1   NATIONAL COMMAND LINK NETWORK
    20 and DOES 1-25,
2
                    Cross-Complainants,
3
         v.
4
    LINDA G. HAUSER,
5
                    Cross-Defendant.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Plaintiff Raghbir Singh and Defendant National Command Link 20 ("NCLN20") jointly

2  submit this Federal Rule of Civil Procedure 26(f) Report.  Defendant and Cross-complainant

3  Linda G. Hauser was served on July 17, 2007 with the Complaint, but has yet to respond to

4  Plaintiff Singh's complaint and has not joined this report.

5  **1.  Changes to timing, form, or requirement for disclosures under Rule 26(a)(1), including a statement as to when such disclosures were made.**

6

7  Pursuant to the Court's order, Plaintiff Singh and Defendant NCLN20 made Rule

8  26(a)(1) disclosures on September 4, 2007.  The parties did not request any changes to the timing

9  or form of those disclosures.

10  **2.  Subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

11

12  Plaintiff Singh is just beginning the discovery process, but at this point, intends to take

13  discovery on the following subjects:

14  - NCLN20's contractual relationship with AmeriGuard;

15  - NCLN20's contractual relationship with the Department of Homeland Security, Federal Protective Service ("DHS-FPS");

16

17  - Requirements for employment as a GSA Guard II;

   - Plaintiff Singh's employment as a GSA II Guard;

18  - DHS-FPS's grooming and appearance policy;

19  - Communications between NCLN20 and DHS-FPS regarding DHS-FPS's grooming and appearance policy;

20

21  - Communications between NCLN20 and DHS-FPS regarding Plaintiff Singh;

22  - DHS-FPS's decision to order Defendant NCLN20 to terminate Plaintiff Singh;

23

24  - NCLN20's termination of Plaintiff Singh.

25  This is, of course, a preliminary list, and additional subjects will certainly arise during the course

26  of discovery.

27  Similarly, Defendant NCLN20 is just beginning the discovery process, but at this point,

28  intends to take discovery on the following subjects:

1

1    • The basis for DHS- FPS' grooming requirements for employment as a GSA Guard II;

2

3    • DHS- FPS' position regarding Plaintiff Singh prior to his employment with NCLN20;

4    • DHS-FPS's grooming and appearance policy and exceptions thereto;

5    • DHS-FPS' consideration of  Plaintiff Singh's request for religious accommodation;

6

7    • DHS-FPS's decision to order Defendant NCLN20 to terminate Plaintiff Singh;

8    • Plaintiff Singh's religious beliefs and need for accommodation;

9    • Plaintiff Singh's damages, if any.

10  This is, of course, a preliminary list, and additional subjects will certainly arise during the course

11  of discovery.

12          Plaintiff Singh and Defendant NCLN20 have submitted a detailed discovery plan as part

13  of their joint case management conference statement, filed with this court on September 4, 2007.

14          Plaintiff Singh and Defendant NCLN20 are just beginning the discovery process, but at

15  this point, there does not appear to be any need to conduct discovery in phases or focused on

16  particular issues.

17          **3.    Issues relating to disclosure or discovery of electronically stored information.**

18          Plaintiff Singh and Defendant NCLN20 are just beginning the discovery process, but at

19  this point, there do not appear to be any issues related to electronically stored information.

20          **4.    Any issues related to claims of privilege or protection as trial-preparation materials.**

21

22          Plaintiff Singh and Defendant NCLN20 are just beginning the discovery process, but at

23  this point, there do not appear to be any issues related to privilege or of protection as trial-

24  preparation material.

25          **5.    Changes in the limitations on discovery imposed under the federal or local rules of civil procedure, and imposition of other limitations.**

26

27          Plaintiff Singh and Defendant NCLN20 have submitted a detailed discovery plan as part

28  of their joint case management conference statement, filed with this court on September 4, 2007.

2

402160.01

**6.      Other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).**

Plaintiff Singh and Defendant NCLN20 do not request any additional orders at this time.

Dated:  September 4, 2007                              KEKER & VAN NEST, LLP


By:   /s/ *Khari J. Tillery*
      KHARI J. TILLERY
      Attorneys for Plaintiff
      RAGHBIR SINGH


Dated:  September 4, 2007                              PILLSBURY, WINTHROP SHAW
                                                       PITTMAN, LLP


By:   /s/ *Darcy L. Muilenburg*
[*Concurrence Obtained General Order 45 § X.B*]
      DARCY L. MUILENBURG
      Attorneys for Defendant NCLN20

402160.01