**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:   September 11, 2007

Case No:  **C- 07-02997 EDL**

Case Name:  **RAGHBIR SINGH v. LINDA G HAUSER**

    Attorneys:     Pltf: Khari Tillery          Deft:   Darcy Muilenberg

    Deputy Clerk:  Lili M. Harrell          FTR digital recording: 4:18pm - 4:35pm

**PROCEEDINGS:**                                                                 **RULING:**

1.  Initial Case Management Conference                          Held

2.

**ORDERED AFTER HEARING:**   Court to schedule as proposed in the parties' joint statement.

Parties shall complete privation mediation within 90 days.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 11/13/07 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**

Last day to add new parties: 12/11/07
Discovery cutoff:
Initial expert disclosure deadline:
Rebuttal expert disclosure deadline:
Expert discovery cutoff:
Dispositive Motion filing deadline:
Dispositive Motions hearing date:
Pretrial Conference:
Trial:   at 8:30 a.m., set for  days.
    [ ] Jury  [ ]  Court

Notes:
cc: