Clerk's Use Only

Initial for fee pd.:

Amardeep Singh Bhalla
The Sikh Coalition
40 Exchange Pl., Ste. 728
New York, NY 10005
(212) 655-3095 ext. 83

FILED
OCT 22 AM 10: 53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Raghbir Singh

               Plaintiff(s),

        v.

LINDA G. HAUSER, NATIONAL
COMMAND LINK NETWORK 20, AND
DOES 1-25

               Defendant(s).

CASE NO. C 07 2997 EDL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Amardeep Singh Bhalla, an active member in good standing of the bar of U.S. District Court, Eastern District of NewYork, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Raghbir Singh in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Khari J. Tillery, Keker & Van Nest LLP, 710 Sansome Street
San Francisco, CA 94111, (415) 391-5400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2007

Amardeep Singh Bhalla

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On October 19, 2007, I served the following document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (AMARDEEP SINGH BHALLA)**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

by regular UNITED STATES MAIL by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Darcy Muilenburg, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
400 Capitol Mall
Suite 1700
Sacramento, CA 95814-4419

*Attorneys for Defendant NCLN20, Inc.*

Executed on October 19, 2007, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

SHELBY L. BROCK

402265.01

PROOF OF SERVICE
CASE NO. C-07-2997 EDL