| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JON B. STREETER - #101970, jstreeter@kvn.com |
| 2 | KHARI J. TILLERY - #215669, ktillery@kvn.com |
| | ROSE DARLING - #243893, rdarling@kvn.com |
| 3 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 4 | Telephone:     (415) 391-5400 |
| | Facsimile:     (415) 397-7188 |
| 5 | |
| | LAWYERS' COMMITTEE FOR CIVIL RIGHTS |
| 6 | ROBERT RUBIN- #85084, rrubin@lccr.com |
| | 131 Steuart St., Suite 400 |
| 7 | San Francisco, CA  94105 |
| | Telephone:     (415) 543-9444 |
| 8 | Facsimile:     (415) 543-0296 |
| 9 | Attorneys for Plaintiff |
| | RAGHBIR SINGH |
| 10 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 11 | THOMAS N. MAKRIS  - #104668, tmakris@pillsbury.com |
| | BENJAMIN L. WEBSTER - # 132230 |
| 12 | Benjamin.webster@pillsbury.com |
| | DARCY L. MUILENBURG - #233787 |
| 13 | darcy.muilenburg@pillsbury.com |
| | 400 Capitol Mall, Suite 1700 |
| 14 | Sacramento, CA  95814-4419 |
| | Telephone:     (916) 329-4700 |
| 15 | Facsimile:     (916) 441-3583 |
| 16 | Attorneys for Defendant |
| | NATIONAL COMMAND LINK NETWORK 20 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH, | Case No. C-07-2997 EDL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERNECE** |
| v. | |
| LINDA G. HAUSER, NATIONAL COMMAND LINK NETWORK 20 and DOES 1-25, | Judge:     The Hon. Elizabeth D. Laporte |
| | Date Comp. Filed:     June 8, 2007 |
| Defendants. | Trial Date: |

1 | NATIONAL COMMAND LINK NETWORK
2 | 20 and DOES 1-25,
3 |         Cross-Complainants,
4 |   v.
5 | LINDA G. HAUSER,
6 |         Cross-Defendant.

**RECITAL**

During the initial case management conference on September 11, 2007 (and in its subsequent Order), the Court set a further case management conference in this matter for November 13, 2007 at 10:00 a.m.  The Court noted, however, that the parties should request a continuance if a case management conference would not be productive on November 13, as currently scheduled.  In particular, the Court indicated that before the next CMC it wanted to know whether (1) Plaintiff Singh would be adding any additional defendants to his complaint, and (2) Defendant Hauser would be represented by the government.

On October 26, 2007, Plaintiff Singh served a subpoena on the Federal Protective Service in San Francisco, requesting both documents and deposition testimony.  The subpoena requests that documents be produced by November 16, 2007 and notices the deposition of a 30(b)(6) witness(es) for November 29, 2007.  Plaintiff Singh is confident that information obtained through this subpoena (along with the information already disclosed in discovery) will help identify any additional defendants and will amend his complaint shortly thereafter.

On November 6, 2007, the parties received a letter from ASUA Michael T. Pyle stating that he believed that the United States had not been properly served with the complaint or cross complaint in this matter.  Plaintiff Singh and Defendant NCLN20 will respectively serve the government with the complaint and cross-complaint on November 7, 2007; the government's response will then be due on January 7, 2008.

Plaintiff Singh and Defendant NCLN20 agree that it would be a waste of time and judicial resources for the Court to hold a case management conference on November 13, 2007, as currently scheduled.

**STIPULATION**

For the forgoing reasons, the parties, through their undersigned counsel, stipulate and agree to entry of an order continuing the further case management conference from November 13, 2007 to January 22, 2008 at 10:00 a.m., with a joint case management conference statement due on January 15, 2008.

1    IT IS SO STIPULATED.

2    Dated: November 6, 2007                    KEKER & VAN NEST, LLP

3

4

5    By:  /s/ *Khari J. Tillery*
        KHARI J. TILLERY
        Attorneys for Plaintiff
6        RAGHBIR SINGH

7

8    Dated: November 6, 2007                    PILLSBURY, WINTHROP SHAW PITTMAN, LLP

9

10

11    By:  /s/ *Darcy L. Muilenburg*
        [*Concurrence Obtained General Order 45 § X.B*]
12        DARCY L. MUILENBURG
        Attorneys for Defendant NCLN20
13

14

15                              **ORDER**

16    GOOD CAUSE showing, it is hereby ordered that the further case management

17    conference be continued pursuant to the terms of the foregoing stipulation.

18    IT IS SO ORDERED.

19    Dated: _____, 2007

20

21                                THE HONORABLE ELIZIBETH LAPORTE