UNITED STATES DISTRICT COURT

Northern District of California

Raghbir Singh

CASE NO.  C 07 2997 EDL

Plaintiff(s),

v.

LINDA G. HAUSER, NATIONAL
COMMAND LINK NETWORK 20, AND
DOES 1-25

Defendant(s).

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Harsimran Kaur Dang ☐ , an active member in good standing of the bar of

U.S. District Court, District of Maryland ☐ whose business address and telephone number

(particular court to which applicant is admitted)

is

The Sikh Coalition
40 Exchange Pl., Ste. 728, New York, NY 10005
(212) 655-3095 ext. 81

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Raghbir Singh ☐ .

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  Oct 23, 2007

United States Magistrate Judge

Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
For the Northern District of California