UNITED STATES DISTRICT COURT

Northern District of California

Raghbir Singh

                    Plaintiff(s),
v.
LINDA G. HAUSER, NATIONAL COMMAND LINK NETWORK 20, AND DOES 1-25

                    Defendant(s).

CASE NO. C 07 2997 EDL

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Amardeep Singh Bhalla , an active member in good standing of the bar of U.S. District Court, Eastern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

The Sikh Coalition
40 Exchange Pl., Ste. 728, New York, NY 10005
(212) 655-3095 ext. 83

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Raghbir Singh .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Oct 25, 2007

                                              United States Magistrate Judge
                                              Elizabeth D. Laporte