PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS N. MAKRIS   #104668
tmakris@pillsburylaw.com
BENJAMIN L. WEBSTER   #132230
benjamin.webster@pillburylaw.com
DARCY L. MUILENBURG   #233787
darcy.muilenburg@pillsburylaw.com
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant
NCLN20, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| RAGHBIR SINGH,<br><br>          Plaintiff,<br><br>     vs.<br><br>LINDA G. HAUSER, NATIONAL COMMAND LINK NETWORK 20 AND DOES 1-25,<br><br>          Defendants.<br><br>NATIONAL COMMAND LINK NETWORK 20 AND DOES 1-25,<br><br>          Cross-Complainants,<br><br>     vs.<br><br>LINDA G. HAUSER,<br><br>          Cross-Defendant. | No. C 07 2997 EDL<br><br>PROOF OF SERVICE<br><br>Jury Trial Demanded |

PROOF OF SERVICE BY MAIL, CERTIFIED, RETURN RECEIPT REQUESTD

I, Deborah Johansen-Cook, the undersigned, hereby declare as follows:

1       1.      I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Sacramento, California.

2.      My business address is 400 Capitol Mall, Suite 1700, Sacramento, CA 95814-4419.

3.      On November 7, 2007, I served a true copy of the attached document(s) titled exactly CROSS-COMPLAINT FOR INDEMNITY and CROSS SUMMONS IN A CIVIL CASE by placing it/them in an addressed sealed envelope and depositing it in the United States mail, first class, postage fully prepaid, Certified Mail, Return Receipt Requested, to the following:

Linda G. Hauser
4240 Saint Paul Way, Apt. 201
Concord, CA 94513

The Office of the United States Attorney
Civil Process Clerk
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Office of the Attorney General
441 4th Street NW, Suite 1060 N
Washington, DC 2001

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of November, 2007, at Sacramento, California.

_____
Deborah S. Johansen