KEKER & VAN NEST, LLP
JON B. STREETER - #101970, jstreeter@kvn.com
KHARI J. TILLERY - #215669, ktillery@kvn.com
ROSE DARLING - #243893, rdarling@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

THE SIKH COALITION
AMARDEEP SINGH BHALLA - *pro hac vice*, amar@sikhcoalition.org
HARSIMRAN KAUR DANG - *pro hac vice*, harsimran@sikhcoalition.org
40 Exchange Place, Ste. 728
New York, NY 10005
Telephone:     (212) 655-3095
Facsimile:     (212) 208-4611

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
ROBERT RUBIN - #85084, rrubin@lccr.com
131 Steuart St., Suite 400
San Francisco, CA 94105
Telephone:     (415) 543-9444
Facsimile:     (415) 543-0296

Attorneys for Plaintiff
RAGHBIR SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,<br><br>                        Plaintiff,<br><br>    v.<br><br>LINDA G. HAUSER, NATIONAL COMMAND LINK NETWORK 20 and DOES 1-25,<br><br>                        Defendants.<br><br>RELATED CROSS-COMPLAINT. | Case No. C-07-2997 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING OF PLAINTIFF'S AMENDED COMPLAINT**<br><br>Judge:     The Hon. Elizabeth D. Laporte<br><br>Date Comp. Filed:     June 8, 2007 |

**RECITAL**

During the initial case management conference on September 11, 2007 (and in its subsequent Order), the Court provided Plaintiff Raghbir Singh with 90 days (until December 11, 2007) to join other parties and/or amend his complaint.

Since the initial CMC, attorneys for Plaintiff Singh have reviewed the initial disclosures provided by defendant NCLN20 and conducted their own independent investigation and legal analysis.

Plaintiff Singh now seeks to amend his complaint to add Mario Canton and John P. Morgan as defendants; the proposed amended complaint is attached hereto as Exhibit A.

Defendant NCLN20 agrees to the filing of the proposed amended complaint attached hereto as Exhibit A.

**STIPULATION**

For the forgoing reasons, Plaintiff Singh and Defendant NCLN20, through their undersigned counsel, stipulate and agree that Plaintiff Singh may file the proposed amended complaint attached hereto as Exhibit A.

IT IS SO STIPULATED.

Dated:  December 11, 2007                                KEKER & VAN NEST, LLP


                                                         By:  /s/ *Khari J. Tillery*
                                                              KHARI J. TILLERY
                                                              Attorneys for Plaintiff
                                                              RAGHBIR SINGH

1  Dated: December 11, 2007                                       PILLSBURY, WINTHROP SHAW PITTMAN, LLP

4                                                                 By:  /s/ *Darcy L. Muilenburg*
                                                                  [*Concurrence Obtained General Order 45 § X.B*]
                                                                          DARCY L. MUILENBURG
                                                                          Attorneys for Defendant NCLN20

8  **IT IS SO ORDERED**.

10  Dated: _____, 2007

                                                                  _____
                                                                  THE HONORABLE ELIZIBETH LAPORTE

---

2

STIPULATION AND [PROPOSED] ORDER REGARDING
JOINING OTHER PARTIES AND AMENDING COMPLAINT
Case No. C-07-2997 EDL

407861.01