1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-7322
6     Facsimile:  (415) 436-6748
      Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Linda Hauser
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12
   RAGHBIR SINGH,                         )
13                                        )   No. C 07-2997 EDL
          Plaintiff,                      )
14                                        )   **STIPULATION EXTENDING
       v.                                 )   DEFENDANT LINDA HAUSER'S TIME
15                                        )   TO RESPOND TO COMPLAINT AND
   LINDA G. HAUSER et al.,                )   CROSS-COMPLAINT**
16                                        )
          Defendants.                     )   Civil L.R. 6-1(a)
17  _____       )
   NATIONAL COMMAND LINK                  )
18  NETWORK 20,                           )
                                          )
19        Cross-complainant,              )
                                          )
20     v.                                 )
                                          )
21  LINDA G. HAUSER,                      )
                                          )
22        Cross-Defendant                 )
                                          )
23  _____       )

24        IT IS HEREBY STIPULATED by and between the undersigned that defendant Linda

25  Hauser may have to and including January 25, 2008, in which to answer, move or otherwise

26  respond to both the First Amended Complaint (filed on December 12, 2007) and the Cross-

27  Complaint for Indemnity (filed on August 7, 2007) herein.  This is the first request for an

28  extension of time by defendant Linda Hauser in this matter.

STIP. EXT. OF TIME RE COMPLAINT RESPONSE
C07-2997 EDL                    -1-

1

2

3    Dated: January 2, 2008

4

5

6

7    Dated: January 2, 2008

8

9

10

11

12

13    Dated: January 2, 2008

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

KEKER & VAN NEST, LLP

_____/s/_____
KHARI TILLERY
Attorneys for Plaintiff Raghbir Singh

PILLSBURY WINTHROP SHAW PITTMAN LLP

_____/s/_____
THOMAS MAKRIS
Attorneys for Defendant and Cross-Complainant
National Command Link Network 20

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant and Cross-Defendant
Linda Hauser

STIP. EXT. OF TIME RE COMPLAINT RESPONSE
C07-2997 EDL                                    -2-