1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS N. MAKRIS   #104668
2  tmakris@pillsburylaw.com
   BENJAMIN L. WEBSTER   #132230
3  benjamin.webster@pillburylaw.com
   DARCY L. MUILENBURG   #233787
4  darcy.muilenburg@pillsburylaw.com
   400 Capitol Mall, Suite 1700
5  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
6  Facsimile: (916) 441-3583

7  Attorneys for Defendant and Cross-Complainant
   NCLN20, INC.

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO

11

12 RAGHBIR SINGH,                )   No. C 07 2997 EDL
                                 )
13         Plaintiff,             )
                                 )
14 vs.                            )   NOTICE OF DISMISSAL OF CROSS-
                                 )   COMPLAINT
15 LINDA G. HAUSER, NATIONAL      )
   COMMAND LINK NETWORK 20 AND   )   [Fed. R. Civ. Proc. 41(a)(1)(i)]
16 DOES 1-25,                    )
                                 )
17         Defendants.            )
                                 )
18 ─────────────────────────────  )
   NATIONAL COMMAND LINK          )
19 NETWORK 20 AND DOES 1-25,     )
                                 )
20         Cross-Complainants,    )
                                 )
21 vs.                            )
                                 )
22 LINDA G. HAUSER,              )
                                 )
23         Cross-Defendant.       )
                                 )
24

25

26 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

27         PLEASE TAKE NOTICE THAT Defendant and Cross-Complainant National

28

                              - 1 -                    NOTICE OF DISMISSAL OF
                                                       CROSS-COMPLAINT
                                                       Case No. C 07 2997 EDL

1  Command Link Network 20 ("NCLN20") dismisses the above-captioned Cross-Complaint
2  against Cross-Defendant Linda G. Hauser pursuant to Fed. R. Civ. Proc. 41(a)(1)(i).
3  Dated: January 22, 2008.

        PILLSBURY WINTHROP SHAW PITTMAN LLP
        THOMAS N. MAKRIS
        BENJAMIN L. WEBSTER
        DARCY L. MUILENBURG
        400 Capitol Mall
        Suite 1700
        Sacramento, CA  95814-4419


        By /s/ Darcy L. Muilenburg
            Darcy L. Muilenburg
            Attorneys for Defendant
            NCLN20, INC.