1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS N. MAKRIS   #104668
2  tmakris@pillsburylaw.com
   BENJAMIN L. WEBSTER   #132230
3  benjamin.webster@pillburylaw.com
   DARCY L. MUILENBURG   #233787
4  darcy.muilenburg@pillsburylaw.com
   400 Capitol Mall, Suite 1700
5  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
6  Facsimile: (916) 441-3583

7  Attorneys for Defendant
   NCLN20, INC.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO

11

12  RAGHBIR SINGH,                    )   No. C 07 2997 EDL
                                      )
13              Plaintiff,            )
                                      )
14       vs.                          )   STIPULATION OF DISMISSAL WITH
                                      )   PREJUDICE
15  LINDA G. HAUSER, NATIONAL         )
    COMMAND LINK NETWORK 20 AND       )   [Fed. R. Civ. Proc. 41(a)(1)]
16  DOES 1-25,                        )
                                      )
17              Defendants.           )
                                      )
18  _____   )
                                      )
    NATIONAL COMMAND LINK             )
19  NETWORK 20 AND DOES 1-25,         )
                                      )
20              Cross-Complainants,   )
                                      )
21       vs.                          )
                                      )
22  LINDA G. HAUSER,                  )
                                      )
23              Cross-Defendant.      )
                                      )
24

25       Plaintiff Raghbir Singh and Defendant National Command Link Network 20

26  ("NCLN20") through their designated counsel, hereby stipulate pursuant to Fed. R. Civ.

27

28

1  Proc. 41(a)(1) that the above-captioned action against Defendant NCLN20 be and hereby is

2  dismissed in its entirety with prejudice.  Each party shall bear its own costs and expenses.

3  Dated:  January 22, 2008.

```
                            PILLSBURY WINTHROP SHAW PITTMAN LLP
                            THOMAS N. MAKRIS
                            BENJAMIN L. WEBSTER
                            DARCY L. MUILENBURG
                            400 Capitol Mall
                            Suite 1700
                            Sacramento, CA  95814-4419



                            By /s/ Darcy L. Muilenburg
                                Darcy L. Muilenburg
                                Attorneys for Defendant
                                NCLN20, INC.
```

12  Dated:  January 22, 2008.

```
                            KEKER & VAN NEST, LLP
                            JON B. STREETER
                            KHARI J. TILLERY
                            ROSE DARLING
                            710 Sansome Street
                            San Francisco, CA  94111-1704



                            By /s/ Khari J. Tillery
                                Khari J. Tillery
                                Attorneys for Plaintiff
                                RAGHBIR SINGH
```

## ATTESTATION

23  I attest that signatory Khari J. Tillery has concurred in the filing of this document.

24  Dated:  January 22, 2008.

1
2  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS N. MAKRIS
3  BENJAMIN L. WEBSTER
   DARCY L. MUILENBURG
4  400 Capitol Mall
   Suite 1700
5  Sacramento, CA  95814-4419

6
7  By /s/ Darcy L. Muilenburg
       Darcy L. Muilenburg
       Attorneys for Defendant
8      NCLN20, INC.

9
   **ORDER**
10

11     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the above-

12 captioned action against Defendant National Command Link Network 20 be and hereby is

13 dismissed with prejudice.

14

15 Dated: January __, 2008.
                                                                       
16 UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26
27
28