1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   THOMAS N. MAKRIS   #104668
2  tmakris@pillsburylaw.com
   BENJAMIN L. WEBSTER   #132230
3  benjamin.webster@pillburylaw.com
   DARCY L. MUILENBURG   #233787
4  darcy.muilenburg@pillsburylaw.com
   400 Capitol Mall, Suite 1700
5  Sacramento, CA  95814-4419
   Telephone: (916) 329-4700
6  Facsimile: (916) 441-3583

7  Attorneys for Defendant
   NCLN20, INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO

11

12  RAGHBIR SINGH,                      )  No. C 07 2997 EDL
                                        )
13              Plaintiff,              )
                                        )
14       vs.                            )  STIPULATION OF DISMISSAL WITH
                                        )  PREJUDICE
15  LINDA G. HAUSER, NATIONAL           )
    COMMAND LINK NETWORK 20 AND         )  [Fed. R. Civ. Proc. 41(a)(1)]
16  DOES 1-25,                          )
                                        )
17              Defendants.             )
                                        )
18  ─────────────────────────           )
    NATIONAL COMMAND LINK               )
19  NETWORK 20 AND DOES 1-25,           )
                                        )
20              Cross-Complainants,     )
                                        )
21       vs.                            )
                                        )
22  LINDA G. HAUSER,                    )
                                        )
23              Cross-Defendant.        )
                                        )

24

25       Plaintiff Raghbir Singh and Defendant National Command Link Network 20

26  ("NCLN20") through their designated counsel, hereby stipulate pursuant to Fed. R. Civ.

27

28

1  Proc. 41(a)(1) that the above-captioned action against Defendant NCLN20 be and hereby is

2  dismissed in its entirety with prejudice.  Each party shall bear its own costs and expenses.

3  Dated:  January 22, 2008.

4
          PILLSBURY WINTHROP SHAW PITTMAN LLP
          THOMAS N. MAKRIS

5            BENJAMIN L. WEBSTER
          DARCY L. MUILENBURG

6            400 Capitol Mall
          Suite 1700

7            Sacramento, CA  95814-4419

8

9            By /s/ Darcy L. Muilenburg
             Darcy L. Muilenburg

10              Attorneys for Defendant
             NCLN20, INC.

11

12 Dated:  January 22, 2008.

13           KEKER & VAN NEST, LLP
          JON B. STREETER

14           KHARI J. TILLERY
          ROSE DARLING

15           710 Sansome Street
          San Francisco, CA  94111-1704

16

17

18           By /s/ Khari J. Tillery
             Khari J. Tillery

19              Attorneys for Plaintiff
             RAGHBIR SINGH

20

21
                          **ATTESTATION**

22

23     I attest that signatory Khari J. Tillery has concurred in the filing of this document.

24 Dated:  January 22, 2008.

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>THOMAS N. MAKRIS |
| 3 | BENJAMIN L. WEBSTER<br>DARCY L. MUILENBURG |
| 4 | 400 Capitol Mall<br>Suite 1700 |
| 5 | Sacramento, CA  95814-4419 |
| 6 | |
| 7 | By /s/ Darcy L. Muilenburg<br>    Darcy L. Muilenburg |
| 8 | Attorneys for Defendant<br>NCLN20, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the above-captioned action against Defendant National Command Link Network 20 be and hereby is dismissed with prejudice.

Dated: January 22, 2008.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*