In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   January 22, 2008

Case No:  **C- 07-02997 EDL**

Case Name:  **RAGHBIR SINGH v. LINDA G HAUSER**

| | | |
|---|---|---|
| Attorneys: | Pltf: Khari Tillery | Deft:   Michael Pyle |
| Deputy Clerk:  Lili M. Harrell | | FTR digital recording: 3:18pm - 3:23pm |

**PROCEEDINGS:**                                                         **RULING**:

1. Further Case Management Conference                Held

2.


**ORDERED AFTER HEARING:** Stipulation for Dismissal of Defendant NCLN20 signed in Court. Current pretrial and trial dates are VACATED. Defendant Linda Hauser shall provide initial disclosures within 30 days.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** April 15, 2008 at 10:00am for further case management conference. An updated joint case management statement shall be filed by April 8, 2008.

**PRETRIAL SCHEDULE:**
Last day to add new parties:
Discovery cutoff:
Initial expert disclosure deadline:
Rebuttal expert disclosure deadline:
Expert discovery cutoff:
Dispositive Motion filing deadline:
Dispositive Motions hearing date:
Pretrial Conference:
Trial:   at 8:30 a.m., set for  days.
         [ ] Jury  [ ] Court

Notes:
cc: