IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHBIR SINGH, | No. C-07-02997 EDL |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LINDA G HAUSER, | |
| Defendant. / | |

Following the case management conference on January 22, 2008, the Court orders:

1. All pretrial and trial dates previously set in this matter are vacated.
2. A case management conference is scheduled for April 15, 2008 at 10:00 a.m. The parties shall file an updated joint case management conference statement no later than April 8, 2008.
3. Defendant Hauser shall provide initial disclosures to Plaintiff no later than February 22, 2008.

**IT IS SO ORDERED.**

Dated: January 23, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge