1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7322
6      Facsimile:  (415) 436-6748
       Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Linda Hauser
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   RAGHBIR SINGH,                        )
13                                       )   No. C 07-2997 EDL
           Plaintiff,                    )
14                                       )   **DEFENDANT LINDA HAUSER'S**
       v.                                )   **ANSWER TO PLAINTIFF RAGHBIR**
15                                       )   **SINGH'S COMPLAINT**
   LINDA G. HAUSER et al.,               )
16                                       )
           Defendants.                   )
17                                       )
   NATIONAL COMMAND LINK                 )
18 NETWORK 20,                           )
                                         )
19         Cross-complainant,            )
                                         )
20     v.                                )
                                         )
21 LINDA G. HAUSER,                      )
                                         )
22         Cross-Defendant               )
                                         )
23
       Defendant Linda G. Hauser, by and through her counsel, hereby admits, denies, alleges and
24
   otherwise responds to Plaintiff Raghbir Singh's First Amended Complaint ("Complaint") as
25
   follows:
26
       1. Paragraph 1 of the Complaint contains contentions of law to which no response is
27
   necessary. To the extent that a response is deemed necessary, defendant denies each and every
28

ANSWER OF LINDA HAUSER TO COMPLAINT
C07-2997 EDL                              -1-

allegation in Paragraph 1 of the Complaint.

2. In answer to Paragraph 2 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

3. In answer to Paragraph 3 of the Complaint, defendant admits that venue is proper in this District.  Except as so expressly admitted, defendant denies each and every allegation in Paragraph 3 of the Complaint.

4. In answer to Paragraph 4 of the Complaint, defendant admits that venue is proper in this District. Except as so expressly admitted, defendant denies each and every allegation in Paragraph 4 of the Complaint.

5. In answer to Paragraph 5 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

6. In answer to Paragraph 6 of the Complaint, defendant admits that the Office of Federal Protective Services ("FPS") has an office in San Francisco, California; that FPS has been a division of the United States Immigration and Customs Enforcement ("ICE") from no later than October 2005 to the present; and that ICE has been a component of the Department of Homeland Security from no later than October 2005 to the present.  Except as so expressly admitted, defendant denies each and every allegation in Paragraph 6 of the Complaint.

7. In answer to Paragraph 7 of the Complaint, defendant admits that she was a Contract Guard Program Manager and was employed by the Federal Protective Service in that capacity in October, 2005.  Except as so expressly admitted, defendant denies each and every allegation in Paragraph 7 of the Complaint.

8. In answer to Paragraph 8 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

9. In answer to Paragraph 9 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

10. In answer to Paragraph 10 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

11. In answer to Paragraph 11 of the Complaint, defendant lacks information sufficient to

1 form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

2 12. In answer to Paragraph 12 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

13. In answer to Paragraph 13 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

14. In answer to Paragraph 14 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

15. In answer to Paragraph 15 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

16. In answer to Paragraph 16 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

17. In answer to Paragraph 17 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

18. In answer to Paragraph 18 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

19. In answer to Paragraph 19 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

20. In answer to Paragraph 20 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

21. In answer to Paragraph 21 of the Complaint, defendant admits that she sent an e-mail to Kyle Salas and cc'd Mario Canton and John P. Morgan dated on or about October 3, 2005; and that the contents of the e-mail speak for themselves. Except as so expressly admitted, defendant denies each and every allegation in Paragraph 21 of the Complaint.

22. In answer to Paragraph 22 of the Complaint, defendant admits that she sent a letter to NCLN20 dated on or about October 26, 2005; that she cc'd John P. Morgan; and that the contents of the letter speak for themselves. Except as so expressly admitted, defendant denies each and every allegation in Paragraph 21 of the Complaint.

23. In answer to Paragraph 23 of the Complaint, defendant lacks information sufficient to

1  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

2  24. In answer to Paragraph 24 of the Complaint, defendant lacks information sufficient to
3  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

4  25. In answer to Paragraph 25 of the Complaint, defendant lacks information sufficient to
5  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

6  26. In answer to Paragraph 26 of the Complaint, defendant hereby incorporates and re-
7  alleges, as if fully set forth herein, Paragraphs 1 through 25 of this Answer.

8  27. Paragraph 27 of the Complaint contains contentions of law to which no response is
9  necessary.  To the extent that a response is deemed necessary, defendant denies each and every
10 allegation in Paragraph 27 of the Complaint.

11 28. Paragraph 28 of the Complaint contains contentions of law to which no response is
12 necessary.  To the extent that a response is deemed necessary, defendant denies each and every
13 allegation in Paragraph 28 of the Complaint.

14 29. In answer to Paragraph 29 of the Complaint, defendant denies each and every allegation
15 therein.

16 30. In answer to Paragraph 30 of the Complaint, defendant denies each and every allegation
17 therein.

18 31. In answer to Paragraph 31 of the Complaint, defendant denies each and every allegation
19 therein.

20 32. In answer to Paragraph 32 of the Complaint, defendant denies each and every allegation
21 therein.

22 33. In answer to Paragraph 33 of the Complaint, defendant hereby incorporates and re-
23 alleges, as if fully set forth herein, Paragraphs 1 through 32 of this Answer.

24 34. Paragraph 34 of the Complaint contains contentions of law to which no response is
25 necessary.  To the extent that a response is deemed necessary, defendant denies each and every
26 allegation in Paragraph 34 of the Complaint

27 35. Paragraph 35 of the Complaint contains contentions of law to which no response is
28 necessary.  To the extent that a response is deemed necessary, defendant denies each and every

1  allegation in Paragraph 35 of the Complaint

2  36. Defendant lacks knowledge and information sufficient to form a belief as to the truth of
3  the allegations of Paragraph 36 of the Complaint, and, on that basis, denies each and every
4  allegation in Paragraph 36 of the Complaint.

5  37. In answer to Paragraph 37 of the Complaint, defendant denies each and every allegation
6  therein.

7  38. In answer to Paragraph 38 of the Complaint, defendant denies each and every allegation
8  therein.

9  39. In answer to Paragraph 39 of the Complaint, defendant hereby incorporates and re-
10  alleges, as if fully set forth herein, Paragraphs 1 through 38 of this Answer.

11  40. In answer to Paragraph 40 of the Complaint, defendant lacks information sufficient to
12  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

13  41. In answer to Paragraph 41 of the Complaint, defendant lacks information sufficient to
14  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

15  42. In answer to Paragraph 42 of the Complaint, defendant lacks information sufficient to
16  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

17  43. In answer to Paragraph 43 of the Complaint, defendant lacks information sufficient to
18  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

19  44. In answer to Paragraph 44 of the Complaint, defendant lacks information sufficient to
20  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

21  45. In answer to Paragraph 45 of the Complaint, defendant lacks information sufficient to
22  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

23  46. In answer to Paragraph 46 of the Complaint, defendant hereby incorporates and re-
24  alleges, as if fully set forth herein, Paragraphs 1 through 45 of this Answer.

25  47. In answer to Paragraph 47 of the Complaint, defendant lacks information sufficient to
26  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

27  48. In answer to Paragraph 48 of the Complaint, defendant lacks information sufficient to
28  form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

49. In answer to Paragraph 49 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

50. In answer to Paragraph 50 of the Complaint, defendant hereby incorporates and re-alleges, as if fully set forth herein, Paragraphs 1 through 49 of this Answer.

51. In answer to Paragraph 51 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

52. In answer to Paragraph 52 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

53. In answer to Paragraph 53 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

54. In answer to Paragraph 54 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

55. In answer to Paragraph 55 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

56. In answer to Paragraph 56 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

57. In answer to Paragraph 57 of the Complaint, defendant hereby incorporates and re-alleges, as if fully set forth herein, Paragraphs 1 through 56 of this Answer.

58. In answer to Paragraph 58 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

59. In answer to Paragraph 59 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

60. In answer to Paragraph 60 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

The remaining allegations of the Complaint constitute plaintiff's prayer for relief to which no response is required. However, defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever. Defendant further denies each and every allegation of the Complaint that has not been admitted, denied, or otherwise qualified above.

In further answer to the Complaint and as separate affirmative defenses, defendant alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**
(Failure to State a Claim)

61. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**
(Qualified Immunity)

62. Defendant alleges that she is entitled to qualified immunity because at all times pertinent, while acting in the course and scope of her employment, she did not violate any clearly established federal statutory or constitutional rights of which a reasonable person would have had knowledge.  Defendant further alleges that she sought and obtained legal advice before taking the actions alleged to give rise to plaintiff's claims, which legal advice she followed.

**THIRD AFFIRMATIVE DEFENSE**
(Statute of Limitations)

63. Plaintiff's complaint is barred by the applicable statute of limitations.

**FOURTH AFFIRMATIVE DEFENSE**
(Fault of Plaintiff or Third Parties/Comparative Fault)

64. Any damage or loss that Plaintiff has alleged to have suffered was proximately caused or contributed to by the conduct of Plaintiff Raghbir Singh, National Command Link Network 20, and/or one or more third parties.

**FIFTH AFFIRMATIVE DEFENSE**
(Mitigation)

65. Plaintiff's damages, if any, are limited to the extent he has failed to mitigate his damages. Defendant alleges that plaintiff had an obligation to seek alternative work after his employment

ended with National Command Link Network 20 to mitigate his alleged damages and alleges on information and belief that plaintiff failed to make reasonable efforts to do so.

**SIXTH AFFIRMATIVE DEFENSE**
(Limitation on Plaintiff's Damages Due to Settlement)

66. Defendant is informed and believes that plaintiff settled his claims against former defendant National Command Link Network 20 in exchange for mutual consideration. Defendant alleges that she is entitled to a reduction, offset, and/or complete elimination of her liability for plaintiff's alleged damages as a result of plaintiff's settlement with National Command Link Network 20.

**SEVENTH AFFIRMATIVE DEFENSE**
(Failure to Exhaust Administrative Remedies)

67. Plaintiff's claims are barred in whole or in part to the extent that plaintiff failed to timely exhaust his administrative remedies.

**EIGHTH AFFIRMATIVE DEFENSE**
(Further Affirmative Defenses)

68. Defendant reserves the right to assert additional affirmative defenses in the event that discovery or other events indicate that such additional affirmative defenses would be appropriate.

WHEREFORE, for the reasons set forth above, defendant asserts that this action should be dismissed and judgment entered in her favor, with appropriate costs awarded.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 25, 2008         _____/s/_____
                                 MICHAEL T. PYLE
                                 Assistant United States Attorney
                                 Attorneys for Defendant Linda Hauser

ANSWER OF LINDA HAUSER TO COMPLAINT
C07-2997 EDL                -8-