```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7322
6      Facsimile:  (415) 436-6748
       Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Linda Hauser
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,           )<br>                          )<br>     Plaintiff,         )<br>                          )<br>   v.                     )<br>                          )<br>LINDA G. HAUSER et al.,   )<br>                          )<br>     Defendants.          )<br>_____)<br>NATIONAL COMMAND LINK    )<br>NETWORK 20,               )<br>                          )<br>     Cross-complainant,   )<br>                          )<br>   v.                     )<br>                          )<br>LINDA G. HAUSER,          )<br>                          )<br>     Cross-Defendant      )<br>_____) | No. C 07-2997 EDL<br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **January 25, 2008** she caused a copy of: **Defendant Linda Hauser's Answer to Plaintiff Raghbir Singh's Complaint** to be served by mail upon the person at the place and address(es) stated below, which is the last known address:

C07-2997 EDL                              -1-

**Amardeep Singh Bhalla**
The Sikh Coalition
40 Exchange Pl., Suite 728
New York, NY 10005

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 25, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ _____
STEFANIA M. CHIN
Legal Assistant