AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

_____NORTHERN_____ DISTRICT OF ___CALIFORNIA___

RAGHBIR SINGH

V.

LINDA G. HAUSER, NATIONAL COMMAND LINK
NETWORK 20 AND DOES 1-25

**NOTICE AND ACKNOWLEDGMENT**

**FOR SERVICE BY MAIL**

CASE NUMBER: C-07-2997 EDL

**NOTICE**

To:  JOHN MORGAN
     2217 PORTMARNOCK CIRCLE, ROSEVILLE, CA 95678
     Name and Address of Person to Be Served

   The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.
   You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**
   You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.
   **If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.
   **THIS FORM IS NOT AN ANSWER TO THE COMPLAINT**. You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.
   I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on  February 15, 2008      .
                                                Date

                                                _____K Tillery_____
                                                Signature of Sender

KHARI J. TILLERY                                KEKER & VAN NEST LLP
_____                         710 SANSOME STREET, SAN FRANCISCO, CA 94111
Name of Sender                                  Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

   I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on
__2-19-08__ at __2217 Portmarnock Way, Roseville, CA 95678__
Date of Receipt                Address

__2-19-08__                                     _____JPM_____
Date of Signature                               Signature

__John P. Morgan__
Name (Please Type or Print)                     Relationship of Entity Served or Authority
                                                to Receive Service of Process

__2217 Portmarnock Way, Roseville, CA 95678__
Current Address

AO-440A