1  KEKER & VAN NEST, LLP
   JON B. STREETER - #101970
2  KHARI J. TILLERY - #215669
   ROSE DARLING - #243893
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone:    (415) 391-5400
   Facsimile:    (415) 397-7188
5
   LAWYERS' COMMITTEE FOR CIVIL RIGHTS
6  ROBERT RUBIN #85084
   131 Steuart St., Suite 400
7  San Francisco, CA 94105
   Telephone:    (415) 543-9444
8  Facsimile:    (415) 543-0296

9  Attorneys for RAGHBIR SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RAGHBIR SINGH,<br><br>Plaintiff,<br><br>v.<br><br>LINDA G. HAUSER, MARIO CANTON, JOHN P. MORGAN NATIONAL COMMAND LINK NETWORK 20 and DOES 1-25,<br><br>Defendants. | Case No. C-07-2997 EDL<br><br>**PROOF OF SERVICE OF AMENDED COMPLAINT AND SUMMONS ON DEFENDANT MARIO CANTON**<br><br>Judge:   The Hon. Elizabeth D. Laporte<br><br>Date Comp. Filed:   June 8, 2007<br><br>Trial Date: |
|---|---|

412609.01

PROOF OF SERVICE OF AMENDED COMPLAINT AND SUMMONS ON DEFENDANT MARIO CANTON
CASE NO. C-07-2997 EDL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RAGHBIR SINGH

*AMENDED COMPLAINT*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-07-2997 EDL

V.

LINDA G. HAUSER, MARIO CANTON, JOHN P. MORGAN, NATIONAL COMMAND LINK NETWORK 20 AND DOES 1-25

TO: (Name and address of defendant)
MARIO CANTON
GENERAL SERVICES ADMINISTRATION
FEDERAL PROTECTIVE SERVICE
UNITED STATES GOVERNMENT
650 CAPITOL MALL
SACRAMENTO, CA  95814

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KHARI J. TILLERY
KEKER & VAN NEST LLP
710 SANSOME STREET
SAN FRANCISCO, CA  94111
(415) 391-5400

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE January 17, 2008

NDCAO440

| | |
|---|---|
| KHARI J. TILLERY (#215669)<br>KEKER & VAN NEST LLP<br>710 SANSOME STREET<br>SAN FRANCISCO, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>**Attorney(s) for:** PLAINTIFF, RAGHBIR SINGH<br>Reference: 3010872 | |
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** ||
| RAGHBIR SINGH<br>**Plaintiff (s)**<br><br>v.<br><br>LINDA G. HAUSER, MARIO CANTON, et al.<br>**Defendant (s)** | CASE NUMBER: C-07-2997 EDL<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons in a civil case  ☒ amended complaint for damages  ☐ alias summons  ☐ first amended complaint  ☐ second amended complaint  ☐ third amended complaint
   ☒ other *(specify)*: STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE; JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; (BLANK) STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNTED STATES DISTRICT JUDGE; IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING IS ACCOMPLISHED WITH EASE AND ACCURACY; ECF REGISTRATION INFORMATION HANDOUT

2. Person served:
   a. ☒ Defendant *(name)*: MARIO CANTON
   b. ☐ Other *(specify name and title or relationship to the party/business named)*:
   c. ☒ Address Where papers were served: **650 CAPITOL MALL, SACRAMENTO, CA 95814**

3. **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date)*:  **JANUARY 19, 2008**  at *(time)*:  **8:30AM**

   b. ☐ By **Substituted service**. By leaving copies:

      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date)*: _____  at *(time)*: _____

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

-1-

    4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

    5. ☐ **papers were mailed** on (date): _____

    6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

  c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

  d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

  e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)*copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

  f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

  g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

  h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
  a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
Name of person served:
Title of person served:
Date and time of service: *(date):* _____ at *(time):* _____
  b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

  c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number)*:

**CARLOS CASTRO/#417/SAN FRANCISCO**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JANUARY 22, 2008

_____
*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)