```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-7322
6       Facsimile:  (415) 436-6748
        Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendant Linda Hauser
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH, ) | No. C 07-2997 EDL |
|     Plaintiff, ) | |
|   v. ) | **PROOF OF SERVICE** |
| LINDA G. HAUSER et al., ) | |
|     Defendants. ) | |
| NATIONAL COMMAND LINK NETWORK 20, ) | |
|     Cross-complainant, ) | |
|   v. ) | |
| LINDA G. HAUSER, ) | |
|     Cross-Defendant ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **March 19, 2008** she caused a copy of: **Defendant Mario Canton's Answer to Plaintiff Raghbir Singh's Complaint** to be served by mail upon the person at the place and address(es) stated below, which is the last known

C07-2997 EDL                          -1-

address:

**Amardeep Singh Bhalla**
The Sikh Coalition
40 Exchange Pl., Suite 728
New York, NY 10005

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                         Respectfully submitted,
                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney
                                                      /s/
Dated: March 19, 2008          By: _____
                                               STEFANIA M. CHIN
                                             Legal Assistant