```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov
```

Attorneys for Defendants Linda Hauser, Mario Canton, and John P. Morgan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>LINDA G. HAUSER et al.,<br><br>    Defendants. | No. C 07-2997 EDL<br><br>**DEFENDANTS LINDA HAUSER, MARIO CANTON & JOHN P. MORGAN'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE ELIZABETH D. LAPORTE** |

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE ELIZABETH D. LAPORTE**

   In accordance with the provisions of 18 U.S.C. § 636(c), Defendants Linda Hauser, Mario Canton and John P. Morgan hereby consent to have United States Magistrate Judge Elizabeth D. Laporte conduct any and all further proceedings in this case, including trial, and order the entry

///

///

///

///

CONSENT OF DEFENDANTS LINDA HAUSER, MARIO CANTON & JOHN P. MORGAN
C07-2997 EDL                            -1-

1 of final judgment.  Appeal from the judgement shall be taken directly to the United States Court
2 of Appeals for the Ninth Circuit.

4 Dated: April 16, 2008                                    Respectfully submitted,

5                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney

7                                              By:         /s/
                                                           Michael T. Pyle
8                                                          Assistant U.S. Attorney
                                                           Attorney for Defendants Linda Hauser,
9                                                          Mario Canton & John P. Morgan