United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAGHBIR SINGH,

Plaintiff,

v.

LINDA G HAUSER,

Defendant.
_______________________________________/

No. C-07-02997 EDL

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

On April 15, 2008, the Court held a case management conference in this case. As requested by the parties, the Court extends the following pretrial and trial dates:

1. Initial disclosures for the newly appearing Defendants shall be completed no later than May 15, 2008.
2. The parties shall inform the Court no later than May 15, 2008 regarding which form of ADR, if any, the parties seek.
3. The fact discovery cutoff date is continued to October 1, 2008.
4. The expert disclosures cutoff date is continued to October 15, 2008. The deadline for rebuttal expert disclosures is continued to November 6, 2008. The expert discovery cutoff date is continued to December 16, 2008.
5. The last day to hear dispositive motions is continued to January 13, 2009 at 2:00 p.m.
6. The pretrial conference is continued to April 14 ,2009 at 2:00 p.m.
7. The trial is continued to May 11, 2009 at 8:30 a.m.

8. In all other respects, the October 18, 2007 Case Management and Pretrial Order for Jury Trial remains in effect.

**IT IS SO ORDERED.**

Dated: April 17, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California