In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: April 15, 2008

Case No: **C- 07-02997 EDL**

Case Name: **RAGHBIR SINGH v. LINDA G HAUSER**

    Attorneys:    Pltf: Khair Tillery    Deft: Michael Pyle

    Deputy Clerk: Frank Justiliano    FTR digital recording: 10:16 - 10:25 a.m.

**PROCEEDINGS:**    **RULING**:

1. Further Case management Conference - Held.

**ORDERED AFTER HEARING:**

Parties to notify court no later than May 15, 2008 re: ADR.

**Order to be prepared by:** [] Plntf  [] Deft  [X]  Court

**PRETRIAL SCHEDULE:**

Initial disclosures: **5/15/08**
Fact discovery cutoff:  **10/1/08**
Expert disclosure cutoff: **10/15/08**
Rebuttal expert disclosure deadline: **11/6/08**
Expert discovery cutoff: **12/16/08**
Last day to hear dispositive motions: **1/13/09 at 2:00 p.m.**
Pretrial Conference: **4/14/09 at 2:00 p.m.**
Trial: **5/11/09**  at 8:30 a.m.

cc: chambers