```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7322
    Facsimile:  (415) 436-6748
    Email: michael.t.pyle@usdoj.gov
```

Attorneys for Defendant Linda Hauser

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,<br><br>          Plaintiff,<br><br>     v.<br><br>LINDA G. HAUSER et al.,<br><br>          Defendants.<br>_____<br>NATIONAL COMMAND LINK NETWORK 20,<br><br>          Cross-complainant,<br><br>     v.<br><br>LINDA G. HAUSER,<br><br>          Cross-Defendant<br>_____ | No. C 07-2997 EDL<br><br>**PROOF OF SERVICE** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **April 21, 2008** she caused a copy of: **Defendant John P. Morgan's Answer to Plaintiff Raghbir Singh's Complaint** to be served by mail upon the person at the place and address(es) stated below, which is the last known

C07-2997 EDL                                               -1-

address:

**Amardeep Singh Bhalla**
The Sikh Coalition
40 Exchange Pl., Suite 728
New York, NY 10005

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

```
                                        Respectfully submitted,
                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney
                                              /s/
Dated: April 21, 2008           By:    _____
                                        STEFANIA M. CHIN
                                        Legal Assistant
```