JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7322
   Facsimile:  (415) 436-6748
   Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant Linda Hauser

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH, ) | |
|     Plaintiff, ) | No. C 07-2997 EDL |
|   v. ) | **PROOF OF SERVICE** |
| LINDA G. HAUSER et al., ) | |
|     Defendants. ) | |
| NATIONAL COMMAND LINK NETWORK 20, ) | |
|     Cross-complainant, ) | |
|   v. ) | |
| LINDA G. HAUSER, ) | |
|     Cross-Defendant ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **April 21, 2008** she caused a copy of: **Defendants Linda Hauser, Mario Canton & John P. Morgan's Consent to Proceed Before United States Magistrate Judge Elizabeth D. Laporte** to be served by mail upon the

C07-2997 EDL                    -1-

person at the place and address(es) stated below, which is the last known address:

**Amardeep Singh Bhalla**
The Sikh Coalition
40 Exchange Pl., Suite 728
New York, NY 10005

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                          Respectfully submitted,
                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney
                                                     /s/
Dated: April 21, 2008            By: _____
                                              STEFANIA M. CHIN
                                              Legal Assistant