**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*9th Floor, Federal Building*                                          (415) 436-7322
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*                        *FAX:(415) 436-6748*

May 15, 2008

Hon. Elizabeth D. Laporte
United States Magistrate Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
Courtroom E, 15th Floor
San Francisco, CA 94102

**VIA ELECTRONIC FILING**

        *Raghbir Singh v. Linda G. Hauser et al.*, C 07-2997 EDL

Dear Judge Laporte:

      Counsel for the parties in this action continue to work in good faith to determine whether or not this case can be resolved through settlement.  Counsel for the parties have discussed ADR options with their clients and respectfully request that the Court appoint a mediator. The parties agree that it would be helpful if the mediator has experience with the settlement of *Bivens* cases.

                       Respectfully submitted,

                       JOSEPH P. RUSSONIELLO
                       United States Attorney

By:        _____/s/_____
           Michael T. Pyle
           Assistant United States Attorney


           KEKER & VAN NEST LLP


By:        _____/s/_____
           Khari Tillery
           Counsel to Plaintiff Raghbir Singh