IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAGHBIR SINGH,   No. C-07-02997 EDL

    Plaintiff,   **ORDER REFERRING CASE TO MEDIATION**

  v.

LINDA G HAUSER,

    Defendant.
_____/

Pursuant to the parties' May 15, 2008 letter and stipulation, this matter is referred to court-sponsored mediation to be completed within ninety days of the date of this order. If possible, a mediator with experience in settlement of <u>Bivens</u> cases should be appointed.

**IT IS SO ORDERED.**

Dated: May 19, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge