1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7322
6      Facsimile:  (415) 436-6748
       Email: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendants
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12
   RAGHBIR SINGH,                     )
13                                    )   No. C 07-2997 EDL
        Plaintiff,                    )
14                                    )   [PROPOSED] ORDER EXCUSING
   v.                                 )   DEFENDANTS JOHN P. MORGAN
15                                    )   AND LINDA G. HAUSER FROM
   LINDA G. HAUSER et al.,            )   ATTENDING MEDIATION
16                                    )
        Defendants.                   )
17   _____)

18     The Court, having read the letter dated July 9, 2008 from Defendants' counsel, and there
19  being no opposition from Plaintiff, the Court hereby finds sufficiently good cause under ADR
20  Local Rule 6-9 so that:
21     **IT IS HEREBY ORDERED** that the Defendants Linda G. Hauser and John P. Morgan are
22  excused from physical attendance at the mediation of this matter on August 4, 2008. However,
23  these Defendants shall be available by telephone on August 4, 2008 to participate in the
24  mediation as may be requested by the mediator.
25  **IT IS SO ORDERED.**
26  DATED: 7/16/08
                                              _____
27                                            Hon. Wayne D. Brazil
                                              United States Magistrate Judge
28

[PROP.] ORDER EXCUSING DEFS. MORGAN AND HAUSER FROM MEDIATION
C07-2997 EDL                        -1-