**United States District Court**

For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    **RAGHBIR SINGH**

9            Plaintiff(s),                    No. C-**07-02997** EDL

10       v.                                   **ORDER OF CONDITIONAL DISMISSAL**

11   **LINDA G HAUSER**

12           Defendants.

13   _____/

14

15       The Court, having been advised by the Certification of ADR Session filed on August 5, 2008,

16   that this matter has fully settled,

17       HEREBY ORDERS that this case is dismissed without prejudice, with leave to reinstate on or

18   before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been

19   completed prior to that date.  In the event a request to reinstate the case is not filed and served on

20   opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

21   IT IS SO ORDERED.

22   Dated: September 18, 2008

23                                            _____
                                              ELIZABETH D. LAPORTE
24                                            United States Magistrate Judge

25

26

27

28