KEKER & VAN NEST, LLP
JON B. STREETER - #101970, jstreeter@kvn.com
KHARI J. TILLERY - #215669, ktillery@kvn.com
ROSE DARLING - #243893, rdarling@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Plaintiff
RAGHBIR SINGH

JOSEPH P. RUSSONIELLO–#44332
United States Attorney
JOANN M. SWANSON - # 88143
Chief, Civil Division
MICHAEL T. PYLE - # 172954, michael.t.pyle@usdoj.gov
Assistant United States Attorney
450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, CA  94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748

Attorneys for Defendants
LINDA HAUSER, MARIO CANTON & JOHN P. MORGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,<br><br>        Plaintiff,<br><br>   v.<br><br>LINDA G. HAUSER, MARIO CANTON, JOHN P. MORGAN, NATIONAL COMMAND LINK NETWORK 20, AND DOES 1-25,<br><br>        Defendants. | Case No. C-07-2997 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME TO COMPLETE SETTLEMENT**<br><br>Judge:      The Hon. Elizabeth D. Laporte<br><br>Date Comp. Filed:      June 8, 2007<br><br>Trial Date: |

**RECITAL**

On August 4, 2008, the parties participated in a mediation before Daniel Bowling and reached a settlement agreement.

On September 18, the Court issued an order dismissing this case without prejudice, and with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event the parties did not complete the settlement prior to that date.

Since the conclusion of the mediation, the parties have worked diligently to finalize the settlement, but the process has taken longer than expected.

The primary reason for this delay has been protracted negotiations with NCLN20, a former party to this litigation, regarding the language of a mutual release of claims between NCLN20 and the remaining defendants.

We are now on the verge reaching agreement on language of the mutual release, but it will take some additional time for the proper governmental agencies to approve the new language.

Given that we are on the verge of settlement, the parties agree that it would be a waste of the Court's resources for the plaintiff Raghbir Singh to reinstate his complaint in order to avoid dismissal with prejudice.

The parties believe that the settlement will be finalized no later than January 30, 2009.

**STIPULATION**

For the forgoing reasons, plaintiff Singh and defendants Linda Hauser, Mario Canton, and John Morgan, through their undersigned counsel, stipulate and agree to extend the time to complete the settlement from December 18, 2008 to January 30, 2009.

IT IS SO STIPULATED.

1  Dated: December 17, 2008                     KEKER & VAN NEST, LLP
2
3
4                                               By:  /s/ *Khari J. Tillery*
                                                KHARI J. TILLERY
                                                Attorneys for Plaintiff
5                                               RAGHBIR SINGH
6
   Dated: December 17, 2008                     JOSEPH P. RUSSONIELLO
7                                               United States Attorney
8
9
10                                              By:  /s/ *Michael T. Pyle*
                                                [*Concurrence Obtained General Order 45 §
                                                X.B*]
11                                              Assistant United States Attorney
                                                Attorneys for Defendants
12
13
14     **IT IS SO ORDERED**.
15
   Dated: December 17, 2008
16
17                                              _____
                                                THE HONORABLE ELIZABETH D. LAPORTE
18

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte)