1  KEKER & VAN NEST, LLP
   JON B. STREETER - #101970, jstreeter@kvn.com
2  KHARI J. TILLERY - #215669, ktillery@kvn.com
   ROSE DARLING - #243893, rdarling@kvn.com
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:     (415) 391-5400
   Facsimile:     (415) 397-7188
5
   Attorneys for Plaintiff
6  RAGHBIR SINGH

7  JOSEPH P. RUSSONIELLO – #44332
   United States Attorney
8  JOANN M. SWANSON - # 88143
   Chief, Civil Division
9  MICHAEL T. PYLE - # 172954, michael.t.pyle@usdoj.gov
   Assistant United States Attorney
10 450 Golden Gate Avenue
   9th Floor, Box 36055
11 San Francisco, CA  94102-3495
   Telephone     (415) 436-7322
12 Facsimile:    (415) 436-6748

13 Attorneys for Defendants
   LINDA HAUSER, MARIO CANTON & JOHN P. MORGAN
14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                         SAN FRANCISCO DIVISION
18

19 | RAGHBIR SINGH, | Case No. C-07-2997 EDL |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TIME TO COMPLETE SETTLEMENT** |
| v. | |
| LINDA G. HAUSER, MARIO CANTON, JOHN P. MORGAN, NATIONAL COMMAND LINK NETWORK 20, AND DOES 1-25, | Judge:   The Hon. Elizabeth D. Laporte |
| | Date Comp. Filed:   June 8, 2007 |
| Defendants. | Trial Date: |

**RECITAL**

On August 4, 2008, the parties participated in a mediation before Daniel Bowling and reached a settlement agreement.

On September 18, 2008, the Court issued an order dismissing this case without prejudice, and with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event the parties did not complete the settlement prior to that date.

On December 17, 2008, the Court granted the parties' stipulated request to extend the time to complete the settlement to January 30, 2009.

Since the extension of time was granted, the parties have worked diligently to finalize the settlement, but the process has taken longer than expected.

The primary reason for the delay continues to be protracted negotiations with NCLN20, a former party to this litigation, regarding the language of a mutual release of claims between NCLN20 and the remaining defendants.

The parties and NCLN20 are now on the verge reaching agreement on language of the mutual release, but need some additional time.

The parties further agree that it would be a waste of the Court's resources for the plaintiff Raghbir Singh to reinstate his complaint in order to avoid dismissal with prejudice.

The parties believe that the settlement will be finalized no later than March 31, 2009.

**STIPULATION**

For the foregoing reasons, plaintiff Singh and defendants Linda Hauser, Mario Canton, and John Morgan, through their undersigned counsel, stipulate and agree to extend the time to complete the settlement from January 30, 2009 to March 31, 2009.

1    IT IS SO STIPULATED.

2    Dated:  January 28, 2009                    KEKER & VAN NEST, LLP

3

4
                                                 By:  /s/ *Khari J. Tillery*
5                                                    KHARI J. TILLERY
                                                     Attorneys for Plaintiff
6                                                    RAGHBIR SINGH

7
     Dated:  January 28, 2009                    JOSEPH P. RUSSONIELLO
8                                                United States Attorney

9

10
                                                 By:  /s/ *Michael T. Pyle*
11                                                   [*Concurrence Obtained General Order 45 § X.B*]
12                                                   Assistant United States Attorney
                                                     Attorneys for Defendants
13

14

15   **IT IS SO ORDERED**.

16   Dated: January 29, 2009

17
                                                 _____
18                                               THE HONORABLE ELIZABETH LAPORTE
19

20

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]

435048.01

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME TO COMPLETE SETTLEMENT
Case No. C-07-2997 EDL