KEKER & VAN NEST, LLP
JON B. STREETER - #101970, jstreeter@kvn.com
KHARI J. TILLERY - #215669, ktillery@kvn.com
ROSE DARLING - #243893, rdarling@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

Attorneys for Plaintiff
RAGHBIR SINGH

JOSEPH P. RUSSONIELLO – #44332
United States Attorney
JOANN M. SWANSON - # 88143
Chief, Civil Division
MICHAEL T. PYLE - # 172954, michael.t.pyle@usdoj.gov
Assistant United States Attorney
450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, CA  94102-3495
Telephone     (415) 436-7322
Facsimile:    (415) 436-6748

Attorneys for Defendants
LINDA HAUSER, MARIO CANTON & JOHN P. MORGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,<br><br>                             Plaintiff,<br><br>     v.<br><br>LINDA G. HAUSER, MARIO CANTON, JOHN P. MORGAN, NATIONAL COMMAND LINK NETWORK 20, AND DOES 1-25,<br><br>                             Defendants. | Case No. C-07-2997 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME TO COMPLETE SETTLEMENT**<br><br>Judge:    The Hon. Elizabeth D. Laporte<br><br>Date Comp. Filed:    June 8, 2007<br><br>Trial Date: |

## RECITAL

On August 4, 2008, the parties participated in a mediation before Daniel Bowling and reached a settlement agreement.

On September 18, 2008, the Court issued an order dismissing this case without prejudice, and with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event the parties did not complete the settlement prior to that date.

On December 17, 2008, the Court granted the parties' stipulated request to extend the time to complete the settlement to January 30, 2009.

On January 30, 3009, the Court granted another stipulated request to extend the time to complete settlement to March 31, 2009.

Since the last extension of time was granted, the parties have agreed upon and finalized the language of the settlement agreement.

The parties, however, need some additional time to gather all of the necessary signatures to complete the settlement.

The parties believe that the settlement will be finalized no later than April 30, 2009.

## STIPULATION

For the foregoing reasons, plaintiff Singh and defendants Linda Hauser, Mario Canton, and John Morgan, through their undersigned counsel, stipulate and agree to extend the time to complete the settlement from March 31, 2009 to April 30, 2009.

IT IS SO STIPULATED.

Dated:  March 30, 2009                                    KEKER & VAN NEST, LLP


                                                          By:  /s/ *Khari J. Tillery*
                                                               KHARI J. TILLERY
                                                               Attorneys for Plaintiff
                                                               RAGHBIR SINGH

438931.01

1

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TIME TO COMPLETE SETTLEMENT
Case No. C-07-2997 EDL

Dated: March 30, 2009                     JOSEPH P. RUSSONIELLO
                                          United States Attorney


                                          By:  /s/ *Michael T. Pyle*
                                          [*Concurrence Obtained General Order 45 § X.B*]
                                          Assistant United States Attorney
                                          Attorneys for Defendants


**IT IS SO ORDERED**.

Dated: March 31, 2009

_____
THE HONORABLE ELIZABETH D. LAPORTE

