| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JON B. STREETER - #101970, jstreeter@kvn.com |
| 2 | KHARI J. TILLERY - #215669, ktillery@kvn.com |
| | ROSE DARLING - #243893, rdarling@kvn.com |
| 3 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 4 | Telephone:     (415) 391-5400 |
| | Facsimile:      (415) 397-7188 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | RAGHBIR SINGH |
| 7 | JOSEPH P. RUSSONIELLO – #44332 |
| | United States Attorney |
| 8 | JOANN M. SWANSON - # 88143 |
| | Chief, Civil Division |
| 9 | MICHAEL T. PYLE - # 172954, michael.t.pyle@usdoj.gov |
| | Assistant United States Attorney |
| 10 | 450 Golden Gate Avenue |
| | 9th Floor, Box 36055 |
| 11 | San Francisco, CA  94102-3495 |
| | Telephone     (415) 436-7322 |
| 12 | Facsimile:      (415) 436-6748 |
| 13 | Attorneys for Defendants |
| | LINDA HAUSER, MARIO CANTON & JOHN P. MORGAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH, | Case No. C-07-2997 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME TO COMPLETE SETTLEMENT** |
| v. | |
| LINDA G. HAUSER, MARIO CANTON, JOHN P. MORGAN, NATIONAL COMMAND LINK NETWORK 20, AND DOES 1-25, | Judge:     The Hon. Elizabeth D. Laporte |
| | Date Comp. Filed:     June 8, 2007 |
| Defendants. | Trial Date: |

## RECITAL

On August 4, 2008, the parties participated in a mediation session before Daniel Bowling and reached a settlement agreement.

On September 18, 2008, the Court issued an order dismissing this case without prejudice, and with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event the parties did not complete the settlement prior to that date.

On December 17, 2008, the Court granted the parties' stipulated request to extend the time to complete the settlement to January 30, 2009.

On January 30, 3009, the Court granted another stipulated request to extend the time to complete settlement to March 31, 2009.

On March 31, 2009, the Court granted another stipulated request to extend the time to complete settlement to April 30, 2009.

The settlement has been finalized for several months.  Since the last extension, all but one of the required signatories has signed the agreement.

The only required signatory that has yet to sign the agreement, defendant J.P. Morgan, is no longer employed by the federal government.  Further, Mr. Morgan is currently engaged in litigation against the government over a separate matter.

The parties will, therefore, need some additional time to obtain Mr. Morgan's signature.

The parties believe that the settlement will be finalized no later than June 30, 2009.

## STIPULATION

For the foregoing reasons, plaintiff Singh and defendants Linda Hauser, Mario Canton, and John Morgan, through their undersigned counsel, stipulate and agree to extend the time to complete the settlement from April 30, 2009 to June 30, 2009.

IT IS SO STIPULATED.

Dated: April 30, 2009				KEKER & VAN NEST, LLP

					By: /s/ *Khari J. Tillery*
					KHARI J. TILLERY
					Attorneys for Plaintiff
					RAGHBIR SINGH

Dated: April 30, 2009				JOSEPH P. RUSSONIELLO
					United States Attorney


					By: /s/ *Michael T. Pyle*
					[*Concurrence Obtained General Order 45 § X.B*]
					Assistant United States Attorney
					Attorneys for Defendants

**IT IS SO ORDERED**.

Dated: ___May 1___, 2009

					_____
					THE HONORABLE ELIZABETH D. LAPORTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

438931.01

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME TO COMPLETE SETTLEMENT
Case No. C-07-2997 EDL