KEKER & VAN NEST, LLP
JON B. STREETER - #101970, jstreeter@kvn.com
KHARI J. TILLERY - #215669, ktillery@kvn.com
ROSE DARLING - #243893, rdarling@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Plaintiff
RAGHBIR SINGH

JOSEPH P. RUSSONIELLO – #44332
United States Attorney
JOANN M. SWANSON - # 88143
Chief, Civil Division
MICHAEL T. PYLE - # 172954, michael.t.pyle@usdoj.gov
Assistant United States Attorney
450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, CA  94102-3495
Telephone      (415) 436-7322
Facsimile:     (415) 436-6748

Attorneys for Defendants
LINDA HAUSER, MARIO CANTON & JOHN P. MORGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAGHBIR SINGH,<br><br>                              Plaintiff,<br><br>        v.<br><br>LINDA G. HAUSER, MARIO CANTON, JOHN P. MORGAN, AND DOES 1-25,<br><br>                              Defendants. | Case No. C-07-2997 EDL<br><br>**[PROPOSED] STIPULATED DISMISSAL WITH PREJUDICE RE CLAIMS AGAINST DEFENDANT JOHN P. MORGAN**<br><br>Judge:      The Hon. Elizabeth D. Laporte<br><br>Date Comp. Filed:     June 8, 2007<br><br>Trial Date: |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby agree to dismiss

2  with prejudice all of the claims asserted against Defendant John P. Morgan in the above entitled

3  action. Each party will bear its own fees and costs.

4    IT IS SO STIPULATED.

5  Dated: June 30, 2009                        KEKER & VAN NEST, LLP

6

7                                             By:  /s/ Khari J. Tillery

8                                             KHARI J. TILLERY
                                             Attorneys for Plaintiff
9                                             RAGHBIR SINGH

10

11  Dated: June 30, 2009                      JOSEPH P. RUSSONIELLO
                                             United States Attorney
12

13

14                                           By:  /s/ Michael T. Pyle

15                                           [Concurrence Obtained General Order 45 §
                                             X.B]
16                                             Assistant United States Attorney
                                             Attorneys for Defendants
17

18    **IT IS SO ORDERED**.

19

20  Dated:  July 1, 2009

21                                           THE HO   IT IS SO ORDERED   LAPORTE

22                                           Elizabeth D. Laporte

23                                           Judge Elizabeth D. Laporte

24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE RE CLAIMS AGAINST DEFENDANT JOHN P. MORGAN
Case No. C-07-2997 EDL

444250.01