| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7322<br>Facsimile: (415) 436-6748 |
| 7 | Email: michael.t.pyle@usdoj.gov |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RAGHBIR SINGH, | ) | No. C 07-2997 EDL |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| LINDA G. HAUSER et al., | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties to this action by and through their designated counsel that the above-captioned action against Defendants Linda Hauser, John P. Morgan, and Mario Canton be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or her own costs and expenses.

///
///
///
///
///
///

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
C07-2997 EDL              -1-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 4, 2008 | _____ |
| 3 | | Raghbir Singh, Plaintiff |

DATED: August __, 2008                KEKER & VAN NEST LLP

_____
Khari J. Tillery
Attorneys for Plaintiff

DATED: August __, 2008                JOSEPH P. RUSSONIELLO
United States Attorney

_____
Michael T. Pyle
Assistant United States Attorney
Attorneys for Defendants

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the above-captioned action against Defendants Linda Hauser, John P. Morgan, and Mario Canton be and hereby is dismissed with prejudice. Each party shall bear his or her own costs and expenses.

DATED: August __, 2008

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

DATED: March __, 2009

            Raghbir Singh, Plaintiff

DATED: March __, 2009

            KEKER & VAN NEST LLP

            Khari J. Tillery
            Attorneys for Plaintiff

DATED: March __, 2009

            JOSEPH P. RUSSONIELLO
            United States Attorney

            Michael T. Pyle
            Assistant United States Attorney
            Attorneys for Defendants

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the above-captioned action against Defendants Linda Hauser, John P. Morgan, and Mario Canton be and hereby is dismissed with prejudice. Each party shall bear his or her own costs and expenses.

DATED: March __, 2009

            Honorable Elizabeth D. Laporte
            United States Magistrate Judge

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
C07-2997 EDL    -2-

```
 1
 2   DATED: March __, 2009              _____
                                        Raghbir Singh, Plaintiff
 3
 4
 5
     DATED: March __, 2009              KEKER & VAN NEST LLP
 6
 7                                      _____
                                        Khari J. Tillery
 8                                      Attorneys for Plaintiff
             June
     DATED: March 30, 2009              JOSEPH P. RUSSONIELLO
 9                                      United States Attorney
10                                      /s/ Michael T. Pyle
                                        _____
                                        Michael T. Pyle
11                                      Assistant United States Attorney
                                        Attorneys for Defendants
12
13
14                                   ORDER
15
          PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the above-
16
    captioned action against Defendants Linda Hauser, John P. Morgan, and Mario Canton be and
17
    hereby is dismissed with prejudice.  Each party shall bear his or her own costs and expenses.
18
             July 1,
19   DATED: March __, 2009              _____
20                                      Honorable Elizabeth D. Laporte
                                        United States Magistrate Judge
21
22                                      IT IS SO ORDERED
                                        /s/ Elizabeth D. Laporte
23                                      Judge Elizabeth D. Laporte
24
25
26
27
28
```